137 A.3d 1195

IN THE MATTER OF JOSEPH P. KELLY, AN ATTORNEY AT LAW (ATTORNEY NO. 224911967).

June 22, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–231, concluding on the record certified by the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOSEPH P. KELLY,** formerly of **KEARNY,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 8.1(b), and *Rule* 1:20–3(g)(3) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JOSEPH P. KELLY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.